WEBER ELECTRIC COMPANY v. TUMINELLY, INC.
DORSO TRAILER SALES, INC.,
THIRD-PARTY DEFENDANT.

206 N. W. 2d 656.

April 20, 1973—No. 43564.

*Wiese & Cox* and *Paul G. Neimann,* for appellant.

*James G. Paulos,* for respondent.

Heard before Knutson, C. J., and Otis, Kelly, and Schultz, JJ.

PER CURIAM.

This is an appeal by a third-party defendant, Dorso Trailer Sales, Inc., from an order denying it a new trial. The only issue is whether it was

error not to grant appellant a jury trial. We hold that it was and reverse.

It is undisputed that both a jury trial and a court trial were designated in various notes of issue. Although the respondent third-party plaintiff supports appellant's contention that appellant had specifically asked the court for a jury trial, the court had no recollection of the motion and the record was silent on the subject.

Rule 38.01, Rules of Civil Procedure, entitled the parties to a jury trial unless the right was waived under Rule 38.02. The latter provision specifies the manner of waiver as follows:

"In actions arising on contract, and by permission of the court in other actions, any party thereto may waive a jury trial in the manner following:

(1) By failing to appear at the trial;

(2) By written consent, by the party or his attorney, filed with the clerk;

(3) By oral consent in open court, entered in the minutes."

Under the circumstances, we conclude that the appellant has not consented to waive a jury and should have been granted a new trial.

Reversed.